# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                                  Case No.: 2:10−bk−10323−CGC

JEROLD D. POWER                      Chapter: 7
13633 WEST ROANOKE AVENUE
GOODYEAR, AZ 85395
**SSAN:** xxx−xx−8661
**EIN:**

ROXANNE C. POWER
13633 WEST ROANOKE AVENUE
GOODYEAR, AZ 85395
**SSAN:** xxx−xx−1219
**EIN:**

Debtor(s)

## ORDER DISMISSING CASE

- ☐ The debtor(s) having failed to file a list of creditors in the proper format as required by Local Bankruptcy Rule 1007−1.
- ☐ The individual debtors having failed to file a Credit Counseling Certificate as required by Interim Rule 1007.
- ☐ The debtor(s) having failed to pay the filing fee as ordered by the court.
- ☑ The debtor(s) having failed to timely file the schedules and statements required by Fed. R. Bankr. P. 1007.
- ☐ The debtor(s) having failed to timely file a Chapter 13 plan as required by Fed. R. Bankr. P. 3015.
- ☐ The debtor(s) having failed to timely submit the Statement of Social Security Number as required by Fed. R. Bankr. P. 1007(f).
- ☑ The individual debtors having failed to file a Statement of Current Monthly Income as required by Interim Rule 1007.
- ☑ The debtor(s) having failed to file a declaration regarding payment advices as required by Local Bankruptcy Rule 1007−1.
- ☐ The debtor(s) having failed to appear and be examined at the meeting of creditors as required by 11 U.S.C. Section 343.
- ☐ An Order to Show Cause why this case should not be dismissed having been issued.
- ☐ The trustee having moved to dismiss this case.
- ☐ The debtor(s) having moved to dismiss this case.

−− Order continued on 2nd page −−

IT IS ORDERED that the above−captioned case be dismissed. Jurisdiction is retained over any matters arising under Section110.

IT IS FURTHER ORDERED that any pending hearings, including any final hearing set on a motion for relief from the automatic stay are vacated.

IT IS FURTHER ORDERED that the Court shall not consider a motion for reinstatement of the case unless all fees are paid in full or all required documents are filed. To have the case reinstated in an individual debtor chapter 7 or 13 case, all documents required by 11 USC Section 521(a)(1) must be filed no later than 45 days from the date the bankruptcy was filed.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

**Date:** April 29, 2010  BY THE COURT

**Address of the Bankruptcy Clerk's Office:**  <u>HONORABLE Charles G. Case II</u>
U.S. Bankruptcy Court, Arizona  United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: Irishl              Page 1 of 1              Date Rcvd: Apr 29, 2010
Case: 10-10323                 Form ID: vanodc           Total Noticed: 11

The following entities were noticed by first class mail on May 01, 2010.
db/jdb       +JEROLD D. POWER,    ROXANNE C. POWER,    13633 WEST ROANOKE AVENUE,    GOODYEAR, AZ 85395-2237
cr          +++American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA  19355-0701
9096242      +BAC HOME LOAN SERVICING,    P. O. Box 5170,    Simi Valley CA 93062-5170
9096243       BANK OF AMERICA,    P. O. Box 2036,    Warren MI 48090-2036
9096244      +FIRST NATIONAL BANK OF OMAHA,    P. O. Box 2557,    Omaha NE 68103-2557
9096246     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:  PORTFOLIO RECOVERY ASSOCIATES,    PO BOX 12914,
                NORFOLK VA  23541-2914)
9096247      +WELLS FARGO BANK, N.A.,    P. O. Box 12914,    Norfolk VA 23541-0914

The following entities were noticed by electronic transmission on Apr 29, 2010.
tr            EDI: QCFLORES.COM Apr 29 2010 18:53:00      CONSTANTINO FLORES,    PO BOX 511,
               PHOENIX, AZ  85001-0511
smg           EDI: AZDEPREV.COM Apr 29 2010 18:53:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
               1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
9096241      +EDI: ACCE.COM Apr 29 2010 18:53:00      ASSET ACCEPTANCE LLC,    P.O. BOX 50800,
               Phoenix AZ 85076-0800
9096245       EDI: BMWFINANCIAL.COM Apr 29 2010 18:48:00      MINI FINANCIAL SERVICES,    P. O. Box 78103,
               Phoenix AZ 85062-8103
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2010          Signature:  *Joseph Speetjens*