# United States Bankruptcy Court
## District of Arizona

In re   **JEROLD D. POWER**
     **ROXANNE C. POWER**      Case No.   **2:10-bk-10323**

Debtor(s)      Chapter   **7**

## Declaration of Evidence of Employers' Payments Within 60 Days

☐   Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐   Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐   Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor,   **JEROLD D. POWER**  , declares the foregoing to be true and correct under penalty of perjury.

☐   Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐   Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐   Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor,   **ROXANNE C. POWER**  , declares the foregoing to be true and correct under penalty of perjury.

Date   **May 7, 2010**      Signature   **/s/ JEROLD D. POWER**
                                             **JEROLD D. POWER**
                                             Debtor

Date   **May 7, 2010**      Signature   **/s/ ROXANNE C. POWER**
                                             **ROXANNE C. POWER**
                                             Joint Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy



P.O. Box 569
Pittsburgh, PA 15230

UPS RETIREMENT PLAN

**IMPORTANT
NOTICE**
RETAIN FOR YOUR
RECORDS THIS IS
**NOT** A CHECK

NAME AND ADDRESS

ROXANNE C POWER    152280 0957
13633 W ROANOKE  AVE
GOODYEAR, AZ 85395

| YEAR TO DATE TAX INFO | |
| --- | --- |
| TOTAL GROSS | 2,724.39 |
| TOTAL TAXABLE | 2,724.39 |
| FED INC TAX | 146.37 |
| AZ | 15.66 |

## DIRECT DEPOSIT SUMMARY

| ACCOUNT NUMBER  UPS03MDP1M1B0B1 | | DATE OF CHECK | 03/01/10 |
| --- | --- | --- | --- |
| PAYEE NAME  ROXANNE C POWER | | NET PAYMENT AMOUNT | 2,562.36 |

| PAYMENTS | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- |
| TRUST A | 2,724.39 | 2,724.39 | FED TAX | 146.37 | 146.37 |
| | | | STATE TX AZ | 15.66 | 15.66 |
| TOTAL | 2,724.39 | 2,724.39 | TOTAL | 162.03 | 162.03 |

YOUR PAYMENT HAS BEEN ELECTRONICALLY TRANSMITTED
DEPOSIT ACCOUNT              BANK TR#
3469503902                  122105278

W/H ELECTIONS: FED    CALCULATED - M/01
               STATE CALCULATED

# NON-NEGOTIABLE

Customize Page

Print



| Employee Name | Work Location | Advice No. |
|---|---|---|
| ROXANNE C POWER | 0395 AZTEM PKG 8522  ZZZ | 0395355971 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0176788 | XXX-XX-1219 | M 01 | M 01 | | 03/03/2010 |

| Earnings Statement | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| 02/21/2010 | 02/27/2010 | 1,006.00 | 178.02 | 112.68 | 715.30 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | | N/A | | TAXES | | |
| VACATION | | | 1,006.00 | FICA | 59.41 | 534.70 |
| TOTAL HOURS WORKED | | 0.00 | | FICA MEDICARE | 13.89 | 125.05 |
| CURRENT TOTALS | | | 1,006.00 | FEDERAL TAX | 78.68 | 708.12 |
| Y-T-D TOTALS | | 320.00 | 9,054.00 | ST TAX- AZ | 26.04 | 234.36 |
| | | | | TOTALS | 178.02 | |
| | | | | DEDUCTIONS | | |
| | | | | BFTAX FLEX | 47.75 | 429.75 |
| | | | | 401K DED        3 | 30.18 | 271.62 |
| | | | | TERM LIFE | 3.98 | 35.82 |
| | | | | DESPP REGULAR | 23.07 | 207.63 |
| | | | | UNITED WAY '10 | 7.70 | 69.30 |
| | | | | TOTALS | 112.68 | |

| Address Verification Area |
|---|

| HOME | 13633 W ROANOKE AVE | GOODYEAR | AZ | 85395 |

Go to Personal and Payroll Home

🔍 Return to Search | ⬆ Previous in List | ⬇ Next in List

Customize Page | □□□



| Print |

| Employee Name | Work Location | Advice No. |
|---|---|---|
| ROXANNE C POWER | 0395 AZTEM PKG 8522 | ZZZ 0395805827 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0176788 | XXX-XX-1219 | M 01 | M 01 | | 02/26/2010 |

| Earnings Statement | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| 02/14/2010 | 02/20/2010 | 1,006.00 | 178.03 | 170.37 | 657.60 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 25.15 | | | TAXES | | |
| VACATION 25.150 | 40.00 | | 1,006.00 | FICA | 59.41 | 475.29 |
| TOTAL HOURS WORKED | 0.00 | | | FICA MEDICARE | 13.90 | 111.16 |
| CURRENT TOTALS | | | 1,006.00 | FEDERAL TAX | 78.68 | 629.44 |
| Y-T-D TOTALS | | 320.00 | 8,048.00 | ST TAX- AZ | 26.04 | 208.32 |
| | | | | TOTALS | 178.03 | |
| | | | | DEDUCTIONS | | |
| | | | | BFTAX FLEX | 47.75 | 382.00 |
| | | | | 401K DED 3 | 30.18 | 241.44 |
| | | | | TERM LIFE | 3.98 | 31.84 |
| | | | | DESPP REGULAR | 23.07 | 184.56 |
| | | | | UNITED WAY '10 | 7.70 | 61.60 |
| | | | | DIR DEPOSIT 2 | 57.69 | 461.52 |
| | | | | TOTALS | 170.37 | |

| Address Verification Area |
|---|

HOME  13633 W ROANOKE AVE  GOODYEAR  AZ  85395

Go to Personal and Payroll Home

□ Return to Search | ↑□ Previous in List | ↓□ Next in List

Customize Page | 🔧

Print



| Employee Name | Work Location | Advice No. |
|---|---|---|
| ROXANNE C POWER | 0395 AZTEM PKG 8522      ZZZ | 0395801341 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0176788 | XXX-XX-1219 | M 01 | M  01 | | 02/19/2010 |

| Earnings Statement | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| | 02/07/2010 02/13/2010 | 1,006.00 | 178.02 | 170.37 | 657.61 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 25.15 | | | TAXES | | |
| VACATION 25.150 | 40.00 | 1,006.00 | | FICA | 59.41 | 415.88 |
| TOTAL HOURS WORKED | 0.00 | | | FICA MEDICARE | 13.89 | 97.26 |
| CURRENT TOTALS | | | 1,006.00 | FEDERAL TAX | 78.68 | 550.76 |
| Y-T-D TOTALS | 280.00 | 7,042.00 | | ST TAX- AZ | 26.04 | 182.28 |
| | | | | TOTALS | 178.02 | |
| | | | | DEDUCTIONS | | |
| | | | | BFTAX FLEX | 47.75 | 334.25 |
| | | | | 401K DED    3 | 30.18 | 211.26 |
| | | | | TERM LIFE | 3.98 | 27.86 |
| | | | | DESPP REGULAR | 23.07 | 161.49 |
| | | | | UNITED WAY '10 | 7.70 | 53.90 |
| | | | | DIR DEPOSIT 2 | 57.69 | 403.83 |
| | | | | TOTALS | 170.37 | |

| Address Verification Area |
|---|

HOME  13633 W ROANOKE  AVE       GOODYEAR              AZ        85395

Go to Personal and Payroll Home

⟲ Return to Search    ↑▦ Previous in List    ↓▦ Next in List

Customize Page |

Print



| Employee Name | Work Location | Advice No. |
|---|---|---|
| ROXANNE C POWER | 0395 AZTEM PKG 8522  ZZZ | 0395797512 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0176788 | XXX-XX-1219 | M 01 | M 01 | | 02/12/2010 |

| Earnings Statement | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| 01/31/2010 | 02/06/2010 | 1,006.00 | 178.03 | 170.37 | 657.60 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 25.15 | | | TAXES | | |
| VACATION 25.150 | 40.00 | | 1,006.00 | FICA | 59.41 | 356.47 |
| TOTAL HOURS WORKED | 0.00 | | | FICA MEDICARE | 13.90 | 83.37 |
| CURRENT TOTALS | | | 1,006.00 | FEDERAL TAX | 78.68 | 472.08 |
| Y-T-D TOTALS | 240.00 | | 6,036.00 | ST TAX- AZ | 26.04 | 156.24 |
| | | | | TOTALS | 178.03 | |
| | | | | DEDUCTIONS | | |
| | | | | BFTAX FLEX | 47.75 | 286.50 |
| | | | | 401K DED        3 | 30.18 | 181.08 |
| | | | | TERM LIFE | 3.98 | 23.88 |
| | | | | DESPP REGULAR | 23.07 | 138.42 |
| | | | | UNITED WAY '10 | 7.70 | 46.20 |
| | | | | DIR DEPOSIT 2 | 57.69 | 346.14 |
| | | | | TOTALS | 170.37 | |

| Address Verification Area |
|---|

HOME  13633 W ROANOKE AVE      GOODYEAR              AZ      85395

Go to Personal and Payroll Home

🔍 Return to Search    ↑ Previous in List    ↓ Next in List

Customize Page | 



Print

| Employee Name | Work Location | | Advice No. |
|---|---|---|---|
| ROXANNE C POWER | 0395 A2TEM PKG 8522 | ZZZ | 0395793480 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0176788 | XXX-XX-1219 | M 01 | M 01 | | 02/05/2010 |

| Earnings Statement | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| | 01/24/2010 01/30/2010 | 1,006.00 | 178.02 | 170.37 | 657.61 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 25.15 | | | TAXES | | |
| VACATION 25.150 | | 40.00 | 1,006.00 | FICA | 59.41 | 297.06 |
| TOTAL HOURS WORKED | | 0.00 | | FICA MEDICARE | 13.89 | 69.47 |
| CURRENT TOTALS | | | 1,006.00 | FEDERAL TAX | 78.68 | 393.40 |
| Y-T-D TOTALS | | 200.00 | 5,030.00 | ST TAX- AZ | 26.04 | 130.20 |
| | | | | TOTALS | 178.02 | |
| | | | | DEDUCTIONS | | |
| | | | | BFTAX FLEX | 47.75 | 238.75 |
| | | | | 401K DED 3 | 30.18 | 150.90 |
| | | | | TERM LIFE | 3.98 | 19.90 |
| | | | | DESPP REGULAR | 23.07 | 115.35 |
| | | | | UNITED WAY '10 | 7.70 | 38.50 |
| | | | | DIR DEPOSIT 2 | 57.69 | 288.45 |
| | | | | TOTALS | 170.37 | |

| Address Verification Area |
|---|

HOME   13633 W ROANOKE AVE      GOODYEAR              AZ        85395

Go to Personal and Payroll Home

🔍 Return to Search | ⬆ Previous in List | ⬇ Next in List

Customize Page |



Print

| Employee Name | Work Location | | Advice No. |
|---|---|---|---|
| ROXANNE C POWER | 0395 AZTEM PKG 8522 | ZZZ | 0395789527 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0176788 | XXX-XX-1219 | M 01 | M 01 | | 01/29/2010 |

| Earnings Statement | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| | 01/17/2010 01/23/2010 | 1,006.00 | 178.04 | 170.37 | 657.59 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 25.15 | | | TAXES | | |
| VACATION 25.150 | 40.00 | | 1,006.00 | FICA | 59.42 | 237.65 |
| TOTAL HOURS WORKED | 0.00 | | | FICA MEDICARE | 13.90 | 55.58 |
| CURRENT TOTALS | | | 1,006.00 | FEDERAL TAX | 78.68 | 314.72 |
| Y-T-D TOTALS | | 160.00 | 4,024.00 | ST TAX- AZ | 26.04 | 104.16 |
| | | | | TOTALS | 178.04 | |
| | | | | DEDUCTIONS | | |
| | | | | BFTAX FLEX | 47.75 | 191.00 |
| | | | | 401K DED 3 | 30.18 | 120.72 |
| | | | | TERM LIFE | 3.98 | 15.92 |
| | | | | DESPP REGULAR | 23.07 | 92.28 |
| | | | | UNITED WAY '10 | 7.70 | 30.80 |
| | | | | DIR DEPOSIT 2 | 57.69 | 230.76 |
| | | | | TOTALS | 170.37 | |

**Address Verification Area**

HOME  13633 W ROANOKE AVE    GOODYEAR        AZ      85395

Go to Personal and Payroll Home

Return to Search    ↑ Previous in List    ↓ Next in List

Customize Page



[ Print ]

| Employee Name | Work Location | Advice No. |
|---|---|---|
| ROXANNE C POWER | 0395 AZTEM PKG 8522    ZZZ | 0395785605 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0176788 | XXX-XX-1219 | M 01 | M  01 | | 01/22/2010 |

| Earnings Statement | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| | 01/10/2010  01/16/2010 | 1,006.00 | 178.02 | 170.37 | 657.61 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 25.15 | | | TAXES | | |
| REGULAR | 25.150 | 40.00 | 1,006.00 | FICA | 59.41 | 178.23 |
| TOTAL HOURS WORKED | | 40.00 | | FICA MEDICARE | 13.89 | 41.68 |
| CURRENT TOTALS | | | 1,006.00 | FEDERAL TAX | 78.68 | 236.04 |
| Y-T-D TOTALS | | 120.00 | 3,018.00 | ST TAX- AZ | 26.04 | 78.12 |
| | | | | TOTALS | 178.02 | |
| | | | | DEDUCTIONS | | |
| | | | | BFTAX FLEX | 47.75 | 143.25 |
| | | | | 401K DED    3 | 30.18 | 90.54 |
| | | | | TERM LIFE | 3.98 | 11.94 |
| | | | | DESPP REGULAR | 23.07 | 69.21 |
| | | | | UNITED WAY '10 | 7.70 | 23.10 |
| | | | | DIR DEPOSIT 2 | 57.69 | 173.07 |
| | | | | TOTALS | 170.37 | |

| Address Verification Area |
|---|
| HOME  13633 W ROANOKE AVE    GOODYEAR          AZ      85395 |

Go to Personal and Payroll Home

🔍 Return to Search  |  ↑ Previous in List  |  ↓ Next in List

Customize Page | 

Print



| Employee Name | Work Location | | Advice No. |
|---|---|---|---|
| ROXANNE C POWER | 0395 AZTEM PKG 8522 | ZZZ | 0395781073 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0176788 | XXX-XX-1219 | M 01 | M 01 | | 01/15/2010 |

| Earnings Statement | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| | 01/03/2010 01/09/2010 | 1,006.00 | 178.03 | 170.37 | 657.60 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 25.15 | | | TAXES | | |
| REGULAR | 25.150 | 40.00 | 1,006.00 | FICA | 59.41 | 118.82 |
| TOTAL HOURS WORKED | | 40.00 | | FICA MEDICARE | 13.90 | 27.79 |
| CURRENT TOTALS | | | 1,006.00 | FEDERAL TAX | 78.68 | 157.36 |
| Y-T-D TOTALS | | 80.00 | 2,012.00 | ST TAX- AZ | 26.04 | 52.08 |
| | | | | TOTALS | 178.03 | |
| | | | | DEDUCTIONS | | |
| | | | | BFTAX FLEX | 47.75 | 95.50 |
| | | | | 401K DED 3 | 30.18 | 60.36 |
| | | | | TERM LIFE | 3.98 | 7.96 |
| | | | | DESPP REGULAR | 23.07 | 46.14 |
| | | | | UNITED WAY '10 | 7.70 | 15.40 |
| | | | | DIR DEPOSIT 2 | 57.69 | 115.38 |
| | | | | TOTALS | 170.37 | |

| Address Verification Area |
|---|

HOME   13633 W ROANOKE  AVE        GOODYEAR              AZ        85395

Go to Personal and Payroll Home

⌕ Return to Search   ↑📄 Previous in List   ↓📄 Next in List

Customize Page

[ Print ]



| Employee Name | Work Location | Advice No. |
|---|---|---|
| ROXANNE C POWER | 0395 AZTEM PKG 8522    ZZZ | 0395777240 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0176788 | XXX-XX-1219 | M 01 | M  01 | | 01/08/2010 |

| Earnings Statement | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| | 12/27/2009 01/02/2010 | 1,006.00 | 178.02 | 170.37 | 657.61 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 25.15 | | | TAXES | | |
| REGULAR 25.150 | 24.00 | 603.60 | | FICA | 59.41 | 59.41 |
| GUARANTE 25.150 | 16.00 | 402.40 | | FICA MEDICARE | 13.89 | 13.89 |
| TOTAL HOURS WORKED | 24.00 | | | FEDERAL TAX | 78.68 | 78.68 |
| CURRENT TOTALS | | | 1,006.00 | ST TAX- AZ | 26.04 | 26.04 |
| Y-T-D TOTALS | 40.00 | 1,006.00 | | TOTALS | 178.02 | |
| | | | | DEDUCTIONS | | |
| | | | | BFTAX FLEX | 47.75 | 47.75 |
| | | | | 401K DED      3 | 30.18 | 30.18 |
| | | | | TERM LIFE | 3.98 | 3.98 |
| | | | | DESPP REGULAR | 23.07 | 23.07 |
| | | | | UNITED WAY '10 | 7.70 | 7.70 |
| | | | | DIR DEPOSIT 2 | 57.69 | 57.69 |
| | | | | TOTALS | 170.37 | |

**Address Verification Area**

HOME   13633 W ROANOKE AVE      GOODYEAR               AZ        85395

Go to Personal and Payroll Home

🔍 Return to Search    ↑ Previous in List    ↓ Next in List

Case 2:10-bk-10323-CGC    Doc 12    Filed 05/07/10   Entered 05/07/10 11:52:53   Desc
Main Document      Page 11 of 24

Customize Page 

Print



| Employee Name | Work Location | Advice No. |
|---|---|---|
| ROXANNE C POWER | 0395 AZTEM PKG 8522 | ZZZ 0395773398 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0176788 | XXX-XX-1219 | M 01 | M 01 | | 12/31/2009 |

| Earnings Statement | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| | 12/20/2009 12/26/2009 | 1,006.00 | 152.14 | 250.01 | 603.85 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 25.15 | | | TAXES | | |
| REGULAR | 25.150 | 32.00 | 804.80 | FICA | 54.36 | 2,786.60 |
| GUARANTE | 25.150 | 8.00 | 201.20 | FICA MEDICARE | 12.72 | 651.71 |
| TOTAL HOURS WORKED | | 32.00 | | FEDERAL TAX | 62.68 | 3,295.50 |
| CURRENT TOTALS | | | 1,006.00 | ST TAX- AZ | 22.38 | 1,124.79 |
| Y-T-D TOTALS | | 2,056.00 | 51,530.32 | TOTALS | 152.14 | |
| | | | | DEDUCTIONS | | |
| | | | | BFTAX FLEX | 129.12 | 6,585.12 |
| | | | | 401K DED 3 | 30.18 | 1,545.88 |
| | | | | TERM LIFE | 4.19 | 213.69 |
| | | | | DESPP REGULAR | 23.07 | 1,199.64 |
| | | | | UNITED WAY'09 | 5.76 | 299.52 |
| | | | | DIR DEPOSIT 2 | 57.69 | 2,999.88 |
| | | | | TOTALS | 250.01 | |

| Address Verification Area |
|---|

HOME  13633 W ROANOKE AVE    GOODYEAR              AZ      85395

Go to Personal and Payroll Home

🔍 Return to Search  |  ↑📋 Previous in List  |  ↓📋 Next in List

Customize Page | 

Print



| Employee Name | Work Location | Advice No. |
|---|---|---|
| ROXANNE C POWER | 0395 AZTEM PKG 8522 | ZZZ 0395769389 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0176788 | XXX-XX-1219 | M 01 | M 01 | | 12/24/2009 |

| Earnings Statement | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| | 12/13/2009  12/19/2009 | 1,006.00 | 152.14 | 250.01 | 603.85 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 25.15 | | | TAXES | | |
| REGULAR 25.150 | | 40.00 | 1,006.00 | FICA | 54.37 | 2,732.24 |
| TOTAL HOURS WORKED | | 40.00 | | FICA MEDICARE | 12.71 | 638.99 |
| CURRENT TOTALS | | | 1,006.00 | FEDERAL TAX | 62.68 | 3,232.82 |
| Y-T-D TOTALS | | 2,016.00 | 50,524.32 | ST TAX- AZ | 22.38 | 1,102.41 |
| | | | | TOTALS | 152.14 | |
| | | | | DEDUCTIONS | | |
| | | | | BFTAX FLEX | 129.12 | 6,456.00 |
| | | | | 401K DED  3 | 30.18 | 1,515.70 |
| | | | | TERM LIFE | 4.19 | 209.50 |
| | | | | DESPP REGULAR | 23.07 | 1,176.57 |
| | | | | UNITED WAY'09 | 5.76 | 293.76 |
| | | | | DIR DEPOSIT 2 | 57.69 | 2,942.19 |
| | | | | TOTALS | 250.01 | |

| Address Verification Area |
|---|

HOME  13633 W ROANOKE  AVE      GOODYEAR            AZ       85395

Go to Personal and Payroll Home

🔍 Return to Search   ↑ Previous in List   ↓ Next in List

Customize Page | 

Print



| Employee Name | Work Location | Advice No. |
|---|---|---|
| ROXANNE C POWER | 0395 AZTEM PKG 8522    ZZZ | 0395764525 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0176788 | XXX-XX-1219 | M 01 | M ·01 | | 12/18/2009 |

| Earnings Statement | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| | 12/06/2009  12/12/2009 | 1,006.00 | 152.15 | 250.01 | 603.84 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 25.15 | | | TAXES | | |
| REGULAR | 25.150 | 32.00 | 804.80 | FICA | 54.37 | 2,677.87 |
| SICK PAY | 25.150 | 8.00 | 201.20 | FICA MEDICARE | 12.72 | 626.28 |
| TOTAL HOURS WORKED | | 32.00 | | FEDERAL TAX | 62.68 | 3,170.14 |
| CURRENT TOTALS | | | 1,006.00 | ST TAX- AZ | 22.38 | 1,080.03 |
| Y-T-D TOTALS | | 1,976.00 | 49,518.32 | TOTALS | 152.15 | |
| | | | | DEDUCTIONS | | |
| | | | | BFTAX FLEX | 129.12 | 6,326.88 |
| | | | | 401K DED   3 | 30.18 | 1,485.52 |
| | | | | TERM LIFE | 4.19 | 205.31 |
| | | | | DESPP REGULAR | 23.07 | 1,153.50 |
| | | | | UNITED WAY'09 | 5.76 | 288.00 |
| | | | | DIR DEPOSIT 2 | 57.69 | 2,884.50 |
| | | | | TOTALS | 250.01 | |

**Address Verification Area**

HOME  13633 W ROANOKE AVE   GOODYEAR        AZ     85395

Go to Personal and Payroll Home

🔍 Return to Search | ↑ Previous in List | ↓ Next in List

Customize Page | 

Print



| Employee Name | Work Location | | Advice No. |
|---|---|---|---|
| ROXANNE C POWER | 0395 AZTEM PKG 8522 | ZZZ | 0395760069 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0176788 | XXX-XX-1219 | M 01 | M 01 | | 12/11/2009 |

| Earnings Statement | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| | 11/29/2009 12/05/2009 | 1,006.00 | 152.13 | 250.01 | 603.86 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 25.15 | | | TAXES | | |
| REGULAR | 25.150 | 39.25 | 987.14 | FICA | 54.36 | 2,623.50 |
| GUARANTE | 25.150 | 0.75 | 18.86 | FICA MEDICARE | 12.71 | 613.56 |
| TOTAL HOURS WORKED | | 39.25 | | FEDERAL TAX | 62.68 | 3,107.46 |
| CURRENT TOTALS | | | 1,006.00 | ST TAX- AZ | 22.38 | 1,057.65 |
| Y-T-D TOTALS | | 1,936.00 | 48,512.32 | TOTALS | 152.13 | |
| | | | | DEDUCTIONS | | |
| | | | | BFTAX FLEX | 129.12 | 6,197.76 |
| | | | | 401K DED 3 | 30.18 | 1,455.34 |
| | | | | TERM LIFE | 4.19 | 201.12 |
| | | | | DESPP REGULAR | 23.07 | 1,130.43 |
| | | | | UNITED WAY'09 | 5.76 | 282.24 |
| | | | | DIR DEPOSIT 2 | 57.69 | 2,826.81 |
| | | | | TOTALS | 250.01 | |

| Address Verification Area |
|---|
| HOME  13633 W ROANOKE AVE       GOODYEAR              AZ       85395 |

Go to Personal and Payroll Home

🔍 Return to Search  |  ↑▤ Previous in List  |  ↓▤ Next in List



Customize Page | help



Print

| Employee Name | Work Location | Advice No. |
|---|---|---|
| ROXANNE C POWER | 0395 AZTEM PKG 8522    ZZZ | 0395756177 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0176788 | XXX-XX-1219 | M 01 | M 01 | | 12/04/2009 |

| Earnings Statement | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| | 11/22/2009  11/28/2009 | 1,006.00 | 152.15 | 250.01 | 603.84 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 25.15 | | | TAXES | | |
| VACATION | 25.150 | 24.00 | 603.60 | FICA | 54.37 | 2,569.14 |
| GUARANTE | 25.150 | 16.00 | 402.40 | FICA MEDICARE | 12.72 | 600.85 |
| TOTAL HOURS WORKED | | 0.00 | | FEDERAL TAX | 62.68 | 3,044.78 |
| CURRENT TOTALS | | | 1,006.00 | ST TAX- AZ | 22.38 | 1,035.27 |
| Y-T-D TOTALS | | 1,896.00 | 47,506.32 | TOTALS | 152.15 | |
| | | | | DEDUCTIONS | | |
| | | | | BFTAX FLEX | 129.12 | 6,068.64 |
| | | | | 401K DED 3 | 30.18 | 1,425.16 |
| | | | | TERM LIFE | 4.19 | 196.93 |
| | | | | DESPP REGULAR | 23.07 | 1,107.36 |
| | | | | UNITED WAY'09 | 5.76 | 276.48 |
| | | | | DIR DEPOSIT 2 | 57.69 | 2,769.12 |
| | | | | TOTALS | 250.01 | |

| Address Verification Area |
|---|
| HOME  13633 W ROANOKE  AVE        GOODYEAR               AZ       85395 |

Go to Personal and Payroll Home

Return to Search | Previous in List | Next in List

Customize Page



Print

| Employee Name | Work Location | | Advice No. |
|---|---|---|---|
| ROXANNE C POWER | 0395 AZTEM PKG 8522 | ZZZ | 0395752438 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0176788 | XXX-XX-1219 | M 01 | M 01 | | 11/27/2009 |

| Earnings Statement | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| | 11/15/2009 11/21/2009 | 1,006.00 | 152.14 | 250.01 | 603.85 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 25.15 | | | TAXES | | |
| REGULAR 25.150 | | 40.00 | 1,006.00 | FICA | 54.37 | 2,514.77 |
| TOTAL HOURS WORKED | | 40.00 | | FICA MEDICARE | 12.71 | 588.13 |
| CURRENT TOTALS | | | 1,006.00 | FEDERAL TAX | 62.68 | 2,982.10 |
| Y-T-D TOTALS | | 1,856.00 | 46,500.32 | ST TAX- AZ | 22.38 | 1,012.89 |
| | | | | TOTALS | 152.14 | |
| | | | | DEDUCTIONS | | |
| | | | | BFTAX FLEX | 129.12 | 5,939.52 |
| | | | | 401K DED 3 | 30.18 | 1,394.98 |
| | | | | TERM LIFE | 4.19 | 192.74 |
| | | | | DESPP REGULAR | 23.07 | 1,084.29 |
| | | | | UNITED WAY'09 | 5.76 | 270.72 |
| | | | | DIR DEPOSIT 2 | 57.69 | 2,711.43 |
| | | | | TOTALS | 250.01 | |

| Address Verification Area |
|---|

HOME   13633 W ROANOKE AVE      GOODYEAR            AZ      85395

Go to Personal and Payroll Home

⌕ Return to Search  |  ↑ Previous in List  |  ↓ Next in List

Customize Page | 🖶



[ Print ]

| Employee Name | Work Location | Advice No. |
|---|---|---|
| ROXANNE C POWER | 0395 AZTEM PKG 8522    ZZZ | 0395748087 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0176788 | XXX-XX-1219 | M 01 | M | 01 | 11/20/2009 |

| Earnings Statement | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| 11/08/2009 | 11/14/2009 | 1,006.00 | 152.14 | 250.01 | 603.85 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 25.15 | | | TAXES | | |
| VACATION 25.150 | | 16.00 | 402.40 | FICA | 54.36 | 2,460.40 |
| SICK PAY 25.150 | | 24.00 | 603.60 | FICA MEDICARE | 12.72 | 575.42 |
| TOTAL HOURS WORKED | | 0.00 | | FEDERAL TAX | 62.68 | 2,919.42 |
| CURRENT TOTALS | | | 1,006.00 | ST TAX- AZ | 22.38 | 990.51 |
| Y-T-D TOTALS | | 1,816.00 | 45,494.32 | TOTALS | 152.14 | |
| | | | | DEDUCTIONS | | |
| | | | | BFTAX FLEX | 129.12 | 5,810.40 |
| | | | | 401K DED    3 | 30.18 | 1,364.80 |
| | | | | TERM LIFE | 4.19 | 188.55 |
| | | | | DESPP REGULAR | 23.07 | 1,061.22 |
| | | | | UNITED WAY'09 | 5.76 | 264.96 |
| | | | | DIR DEPOSIT 2 | 57.69 | 2,653.74 |
| | | | | TOTALS | 250.01 | |

| Address Verification Area |
|---|

HOME   13633 W ROANOKE AVE       GOODYEAR              AZ      85395

Go to Personal and Payroll Home

🔍 Return to Search | ↑ Previous in List | ↓ Next in List

Customize Page | 

Print



| Employee Name | Work Location | Advice No. |
|---|---|---|
| ROXANNE C POWER | 0395 AZTEM PKG 8522        ZZZ | 0395744251 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0176788 | XXX-XX-1219 | M 01 | M 01 | | 11/13/2009 |

| Earnings Statement | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| | 11/01/2009 | 11/07/2009 | 1,006.00 | 152.14 | 250.01 | 603.85 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 25.15 | | | TAXES | | |
| REGULAR | 25.150 | 40.00 | 1,006.00 | FICA | 54.37 | 2,406.04 |
| TOTAL HOURS WORKED | | 40.00 | | FICA MEDICARE | 12.71 | 562.70 |
| CURRENT TOTALS | | | 1,006.00 | FEDERAL TAX | 62.68 | 2,856.74 |
| Y-T-D TOTALS | | 1,776.00 | 44,488.32 | ST TAX- AZ | 22.38 | 968.13 |
| | | | | TOTALS | 152.14 | |
| | | | | DEDUCTIONS | | |
| | | | | BFTAX FLEX | 129.12 | 5,681.28 |
| | | | | 401K DED      3 | 30.18 | 1,334.62 |
| | | | | TERM LIFE | 4.19 | 184.36 |
| | | | | DESPP REGULAR | 23.07 | 1,038.15 |
| | | | | UNITED WAY'09 | 5.76 | 259.20 |
| | | | | DIR DEPOSIT 2 | 57.69 | 2,596.05 |
| | | | | TOTALS | 250.01 | |

| Address Verification Area |
|---|

HOME   13633 W ROANOKE AVE        GOODYEAR              AZ        85395

Go to Personal and Payroll Home

Return to Search | Previous in List | Next in List

Case 2:10-bk-10323-CGC    Doc 12    Filed 05/07/10    Entered 05/07/10 11:52:53    Desc
Main Document        Page 19 of 24

Customize Page | 



Print

| Employee Name | Work Location | Advice No. |
|---|---|---|
| ROXANNE C POWER | 0395 AZTEM PKG 8522    ZZZ | 0395739659 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0176788 | XXX-XX-1219 | M 01 | M 01 | | 11/06/2009 |

| Earnings Statement | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| | 10/25/2009 10/31/2009 | 1,006.00 | 152.15 | 250.01 | 603.84 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 25.15 | | | TAXES | | |
| REGULAR | 25.150 | 40.00 | 1,006.00 | FICA | 54.37 | 2,351.67 |
| TOTAL HOURS WORKED | | 40.00 | | FICA MEDICARE | 12.72 | 549.99 |
| CURRENT TOTALS | | | 1,006.00 | FEDERAL TAX | 62.68 | 2,794.06 |
| Y-T-D TOTALS | | 1,736.00 | 43,482.32 | ST TAX- AZ | 22.38 | 945.75 |
| | | | | TOTALS | 152.15 | |
| | | | | DEDUCTIONS | | |
| | | | | BFTAX FLEX | 129.12 | 5,552.16 |
| | | | | 401K DED       3 | 30.18 | 1,304.44 |
| | | | | TERM LIFE | 4.19 | 180.17 |
| | | | | DESPP REGULAR | 23.07 | 1,015.08 |
| | | | | UNITED WAY'09 | 5.76 | 253.44 |
| | | | | DIR DEPOSIT 2 | 57.69 | 2,538.36 |
| | | | | TOTALS | 250.01 | |

| Address Verification Area |
|---|

HOME   13633 W ROANOKE AVE      GOODYEAR                 AZ       85395

Go to Personal and Payroll Home

🔍 Return to Search  |  ↑🗐 Previous in List  |  ↓🗐 Next in List

Case 2:10-bk-10323-CGC    Doc 12    Filed 05/07/10    Entered 05/07/10 11:52:53    Desc
Main Document      Page 20 of 24



[ Print ]



| Employee Name | Work Location | Advice No. |
|---|---|---|
| ROXANNE C POWER | 0395 AZTEM PKG 8522     ZZZ | 0395735503 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0176788 | XXX-XX-1219 | M 01 | M  01 | | 10/30/2009 |

| Earnings Statement | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| | 10/18/2009  10/24/2009 | 1,006.00 | 152.13 | 250.01 | 603.86 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 25.15 | | | TAXES | | |
| VACATION 25.150 | | 40.00 | 1,006.00 | FICA | 54.36 | 2,297.30 |
| TOTAL HOURS WORKED | | 0.00 | | FICA MEDICARE | 12.71 | 537.27 |
| CURRENT TOTALS | | | 1,006.00 | FEDERAL TAX | 62.68 | 2,731.38 |
| Y-T-D TOTALS | | 1,696.00 | 42,476.32 | ST TAX- AZ | 22.38 | 923.37 |
| | | | | TOTALS | 152.13 | |
| | | | | DEDUCTIONS | | |
| | | | | BFTAX FLEX | 129.12 | 5,423.04 |
| | | | | 401K DED    3 | 30.18 | 1,274.26 |
| | | | | TERM LIFE | 4.19 | 175.98 |
| | | | | DESPP REGULAR | 23.07 | 992.01 |
| | | | | UNITED WAY'09 | 5.76 | 247.68 |
| | | | | DIR DEPOSIT 2 | 57.69 | 2,480.67 |
| | | | | TOTALS | 250.01 | |

| Address Verification Area |
|---|

HOME   13633 W ROANOKE  AVE          GOODYEAR            AZ      85395

Go to Personal and Payroll Home

🔍 Return to Search  | ↑▣ Previous in List | ↓▣ Next in List

Customize Page |

Print

| Employee Name | Work Location | Advice No. |
|---|---|---|
| ROXANNE C POWER | 0395 AZTEM PKG 8522 ZZZ | 0395731307 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0176788 | XXX-XX-1219 | M 01 | M 01 | | 10/23/2009 |

| Earnings Statement | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| 10/11/2009 | 10/17/2009 | 1,006.00 | 152.15 | 250.01 | 603.84 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 25.15 | | | TAXES | | |
| REGULAR | 25.150 | 40.00 | 1,006.00 | FICA | 54.37 | 2,242.94 |
| TOTAL HOURS WORKED | | 40.00 | | FICA MEDICARE | 12.72 | 524.56 |
| CURRENT TOTALS | | | 1,006.00 | FEDERAL TAX | 62.68 | 2,668.70 |
| Y-T-D TOTALS | | 1,656.00 | 41,470.32 | ST TAX- AZ | 22.38 | 900.99 |
| | | | | TOTALS | 152.15 | |
| | | | | DEDUCTIONS | | |
| | | | | BFTAX FLEX | 129.12 | 5,293.92 |
| | | | | 401K DED 3 | 30.18 | 1,244.08 |
| | | | | TERM LIFE | 4.19 | 171.79 |
| | | | | DESPP REGULAR | 23.07 | 968.94 |
| | | | | UNITED WAY'09 | 5.76 | 241.92 |
| | | | | DIR DEPOSIT 2 | 57.69 | 2,422.98 |
| | | | | TOTALS | 250.01 | |

| Address Verification Area | | | | |
|---|---|---|---|---|
| HOME | 13633 W ROANOKE AVE | GOODYEAR | AZ | 85395 |

Go to Personal and Payroll Home

Return to Search | Previous in List | Next in List |

Customize Page | 



[ Print ]

| Employee Name | Work Location | Advice No. |
|---|---|---|
| ROXANNE C POWER | 0395 AZTEM PKG 8522   ZZZ | 0395727004 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0176788 | XXX-XX-1219 | M 01 | M | 01 | 10/16/2009 |

| Earnings Statement | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| 10/04/2009 | 10/10/2009 | 1,006.00 | 152.14 | 250.01 | 603.85 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 25.15 | | | **TAXES** | | |
| REGULAR | 25.15 | 40.00 | 1,006.00 | FICA | 54.37 | 2,188.57 |
| TOTAL HOURS WORKED | | 40.00 | | FICA MEDICARE | 12.71 | 511.84 |
| CURRENT TOTALS | | | 1,006.00 | FEDERAL TAX | 62.68 | 2,606.02 |
| Y-T-D TOTALS | | 1,616.00 | 40,464.32 | ST TAX- AZ | 22.38 | 878.61 |
| | | | | TOTALS | 152.14 | |
| | | | | **DEDUCTIONS** | | |
| | | | | BFTAX FLEX | 129.12 | 5,164.80 |
| | | | | 401K DED     3 | 30.18 | 1,213.90 |
| | | | | TERM LIFE | 4.19 | 167.60 |
| | | | | DESPP REGULAR | 23.07 | 945.87 |
| | | | | UNITED WAY'09 | 5.76 | 236.16 |
| | | | | DIR DEPOSIT 2 | 57.69 | 2,365.29 |
| | | | | TOTALS | 250.01 | |

**Address Verification Area**

HOME  13633 W ROANOKE AVE   GOODYEAR        AZ     85395

Go to Personal and Payroll Home

⟲ Return to Search | ↑ Previous in List | ↓ Next in List

Customize Page | 



Print

| Employee Name | Work Location | Advice No. |
|---|---|---|
| ROXANNE C POWER | 0395 AZTEM PKG 8522      ZZZ | 0395723131 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0176788 | XXX-XX-1219 | M 01 | M | 01 | 10/09/2009 |

| Earnings Statement | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| | 09/27/2009 10/03/2009 | 1,006.00 | 152.14 | 250.01 | 603.85 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 25.15 | | | TAXES | | |
| REGULAR | 25.15 | 24.00 | 603.60 | FICA | 54.36 | 2,134.20 |
| SICK PAY | 25.15 | 16.00 | 402.40 | FICA MEDICARE | 12.72 | 499.13 |
| TOTAL HOURS WORKED | | 24.00 | | FEDERAL TAX | 62.68 | 2,543.34 |
| CURRENT TOTALS | | | 1,006.00 | ST TAX- AZ | 22.38 | 856.23 |
| Y-T-D TOTALS | | 1,576.00 | 39,458.32 | TOTALS | 152.14 | |
| | | | | DEDUCTIONS | | |
| | | | | BFTAX FLEX | 129.12 | 5,035.68 |
| | | | | 401K DED    3 | 30.18 | 1,183.72 |
| | | | | TERM LIFE | 4.19 | 163.41 |
| | | | | DESPP REGULAR | 23.07 | 922.80 |
| | | | | UNITED WAY'09 | 5.76 | 230.40 |
| | | | | DIR DEPOSIT 2 | 57.69 | 2,307.60 |
| | | | | TOTALS | 250.01 | |

| Address Verification Area |
|---|
| HOME  13633 W ROANOKE  AVE       GOODYEAR               AZ      85395 |

Go to Personal and Payroll Home

🔍 Return to Search    ↑📋 Previous in List    ↓📋 Next in List